No. 80–1186. MURZYN v. UNITED STATES; and
No. 80–5936. HALL v. UNITED STATES. C. A. 7th Cir.
Certiorari denied. Reported below: 631 F. 2d 525.

No. 80–1197. GARNER v. UNITED STATES. C. A. 9th Cir.
Certiorari denied.

No. 80–1218. BOWLER v. REAGAN, PRESIDENT OF THE
UNITED STATES, ET AL. C. A. 1st Cir. Certiorari denied.

No. 80–1280. CHACON ET AL. v. UNITED STATES. C. A. 4th
Cir. Certiorari denied.

No. 80–5382. FORD ET AL. v. GRIFFIN, WARDEN, ET AL.
C. A. 10th Cir. Certiorari denied.

No. 80–5454. ALFARO ET AL. v. FLORIDA. Sup. Ct. Fla.
Certiorari denied.

No. 80–5485. SULLIVAN ET AL. v. UNITED STATES. C. A.
4th Cir. Certiorari denied.

No. 80–5503. JUSTICE v. UNITED STATES. C. A. 6th Cir.
Certiorari denied.

No. 80–5522. GOOCH v. MISSISSIPPI. Sup. Ct. Miss. Cer-
tiorari denied.

No. 80–5563. WRIGHT v. FLORIDA. Dist. Ct. App. Fla., 2d
Dist. Certiorari denied.

No. 80–5582. CLENNY v. HARRISON, WARDEN. C. A. 6th
Cir. Certiorari denied.

No. 80–5595. GURMANKIN v. COSTANZO ET AL. C. A. 3d
Cir. Certiorari denied.

No. 80–5596. CHIN ET AL. v. UNITED STATES. C. A. 2d
Cir. Certiorari denied.